# In The United States Court of Federal Claims

No. 09-583C

(Filed: February 18, 2010)

_____

AUTOMAK GENERAL TRADING &
CONTRACTING COMPANY, W.L.L.,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

      A telephonic conference to discuss the pending motion to stay will be held in this case on Friday, February 26, 2010, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**

      s/ Francis M. Allegra
      Francis M. Allegra
      Judge