# In The United States Court of Federal Claims

No. 09-583C

(Filed: February 26, 2010)

_____

AUTOMAK GENERAL TRADING &
CONTRACTING COMPANY, W.L.L.,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

On February 10, 2010, plaintiff filed an unopposed motion to stay this case pending settlement negotiations.  Accordingly:

1. Plaintiff's motion to stay is **GRANTED** and this case is stayed until further court order; and

2. On or before June 10, 2010, the parties shall file a report on the status of settlement negotiations.  On the basis of that report, the court will either order a status conference or take steps to continue the stay.

**IT IS SO ORDERED.**

                                                                     s/ Francis M. Allegra
                                                                     Francis M. Allegra
                                                                       Judge