# In The United States Court of Federal Claims

No. 09-583C

(Filed: March 3, 2010)

_____

AUTOMAK GENERAL TRADING &
CONTRACTING COMPANY, W.L.L.,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant.

_____

**ORDER**

_____

      It has been brought to Chambers' attention that plaintiff's counsel has not registered for a CM/ECF account.  Plaintiff's counsel has been put on notice that further filings not filed via his personal account will be stricken.  If plaintiff's counsel fails to comply with this order, this case will be dismissed for lack of prosecution.

      **IT IS SO ORDERED.**

      s/ Francis M. Allegra
      Francis M. Allegra
      Judge