# In The United States Court of Federal Claims

No. 09-583C

(Filed:  December 15, 2010)

_____

AUTOMAK GENERAL TRADING &
CONTRACTING COMPANY, W.L.L.,

                    Plaintiff,

        v.

THE UNITED STATES,

                    Defendant.


_____

**ORDER**

_____


        A telephonic status conference will be held in this case on Friday, January 7, 2011, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

        **IT IS SO ORDERED.**


                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge