# In The United States Court of Federal Claims

No. 09-583C

(Filed: September 20, 2011)

_____

AUTOMAK GENERAL TRADING &
CONTRACTING COMPANY, W.L.L.,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On September 13, 2011, plaintiff filed a motion to lift the stay. On September 20, 2011, defendant filed its response and did not oppose the motion. Plaintiff's motion to lift the stay is hereby **GRANTED**. Accordingly:

1. The Clerk shall restore this case to the active docket; and

2. On or before December 2, 2011, the parties shall file their Joint Preliminary Status Report.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge