# In The United States Court of Federal Claims

No. 09-583C

(Filed:  December 16, 2011)
_____

AUTOMAK GENERAL TRADING &
CONTRACTING COMPANY, W.L.L.,

           Plaintiff,

        v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**
_____

A telephonic preliminary status conference will be held in this case on Wednesday, January 4, 2012, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                 s/ Francis M. Allegra
                                 Francis M. Allegra
                                 Judge