# In The United States Court of Federal Claims

No. 09-583C

(Filed:  January 6, 2012)
_____

AUTOMAK GENERAL TRADING &
CONTRACTING COMPANY, W.L.L.,

                              Plaintiff,

              v.

THE UNITED STATES,

                              Defendant.

_____

**ORDER**
_____

        Today, a preliminary status conference was held in this case.  Participating in the conference were Ron Woodman, on behalf of plaintiff, and James Robert Sweet, on behalf of defendant.  As agreed upon by the parties at this conference, the court hereby orders the following:

   1.    On or before February 3, 2012, the parties shall exchange initial disclosures;

   2.    On or before August 6, 2012, fact discovery shall be completed; and

   3.    On or before August 20, 2012, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, if appropriate.

   **IT IS SO ORDERED**.


                                         s/ Francis M. Allegra_____
                                         Francis M. Allegra
                                         Judge