# In The United States Court of Federal Claims

No. 09-583C

(Filed: June 1, 2012)

_____

AUTOMAK GENERAL TRADING & CONTRACTING COMPANY, W.L.L.,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

    Today, the parties filed a joint motion seeking an enlargement of time of 31 days to make their initial disclosures to allow plaintiff to receive payment pursuant to the parties' settlement agreement. The motion is hereby **GRANTED**. Accordingly:

1. On or before July 2, 2012, the parties shall exchange initial disclosures; and

2. Should the parties seek any additional enlargements of time, their motion shall indicate the cause for delay in plaintiff's receipt of settlement payments.

**IT IS SO ORDERED**.

                                              s/ Francis M. Allegra  
                                              Francis M. Allegra  
                                              Judge