# In The United States Court of Federal Claims

No. 09-583C

(Filed: July 2, 2012)
_____

AUTOMAK GENERAL TRADING &
CONTRACTING COMPANY, W.L.L.,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**
_____

    Today, the parties filed a joint stipulation for dismissal with prejudice.  Pursuant to that stipulation, the Clerk is hereby directed to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

    **IT IS SO ORDERED**.


                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge